IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COBY RECHT,

                      Petitioner,                              MEMORANDUM

      v.                                                        08-cv-250-slc

METRO GOLDWYN MAYER
STUDIO, INC., itself or on behalf
of one of its subsidiaries,

                      Respondent.

---

      Petitioner Coby Recht, a resident of Tel Aviv, Israel, has filed this civil action charging respondent with copyright infringement. He asks for leave to proceed <u>in forma pauperis</u>. From petitioner's affidavit of indigency, it appears that he qualifies financially to proceed without prepaying the fees and costs associated with filing this lawsuit.

      However, in addition to determining petitioner's indigence, the court is required under 28 U.S.C. § 1915(e)(2) to review the merits of petitioner's complaint and dismiss it if the claims are frivolous or malicious, fail to state a claim upon which relief may be granted or are brought against a defendant who is immune from suit. Because this court has many cases and motions presently under advisement, it is not possible to predict exactly when the screening process may be completed in petitioner's case. Petitioner will be notified when a decision is reached. In the meantime, petitioner should complete the enclosed Marshals Service and process form and return it promptly to the court so that if, after screening his complaint, his request for leave to

proceed in forma pauperis is granted, it can arrange with the United States Marshal to serve the complaint on the respondent.

Entered this 5th day of May, 2008.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge